IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| SHRIJI HOSPITALITY, INC. d/b/a RODEWAY INN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:13-cv-0394 |
| UNITED SPECIALTY INSURANCE COMPANY and FIRST MERCURY INSURANCE COMPANY, | ) ) ) ) | Judge Trauger  Magistrate Judge Knowles |
| Defendants. | ) ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action hereby stipulate that both the Plaintiff's action against United Specialty Insurance Company and First Mercury Insurance Company is voluntarily DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys fees, court costs, and discretionary costs.

Respectfully submitted,

  /s/ J. Brandon McWherter
**J. BRANDON MCWHERTER**
Registration No. 21600
Attorney for Plaintiff

**GILBERT RUSSELL MCWHERTER, PLC**
101 North Highland
Jackson, TN  38301
(731) 664-1340


  /s/ Paul M. Buchanan
**PAUL M. BUCHANAN**
Registration No. 10393

CR Shriji Hospitality Stip Vol Dis 140124

Case 3:13-cv-00394   Document 26   Filed 02/10/14   Page 1 of 2 PageID #: 87

Attorneys for Defendant United Specialty Insurance Company

**ORTALE, KELLEY, HERBERT & CRAWFORD**
200 Fourth Avenue North, Third Floor
P.O. Box 198985
Nashville, TN 37219-8985
(615) 256-9999


　　/s/ E. Jason Ferrell
**E. JASON FERRELL**
Registration No. 024425
**PARKS T. CHASTAIN**
Registration No. 13744
Attorneys for First Mercury Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

　　I hereby certify that on the 10th day of February, 2014, a copy of the foregoing Stipulation of Voluntary Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. The parties to be served are as follows:

　　J. Brandon McWherter, Esq.
　　Gilbert Russell McWherter PLC
　　101 North Highland
　　Jackson, TN 38301

　　Paul M. Buchanan, Esq.
　　Ortale, Kelley, Herbert & Crawford
　　200 Fourth Avenue North, Third Floor
　　P.O. Box 198985
　　Nashville, TN 37219-8985

　　　　/s/ E. Jason Ferrell
　　**E. JASON FERRELL**